FORM 8A

# UNITED STATES COURT OF INTERNATIONAL TRADE

## BEFORE THE HONORABLE MARK A. BARNETT, CHIEF JUDGE

| | |
|---|---|
| RUGBY HOLDINGS, LLC DBA RUGBY ARCHITECTURAL BUILDING PRODUCTS,<br><br>        Plaintiff,<br><br>        v.<br><br>UNITED STATES,<br><br>        Defendant,<br><br>        and<br><br>THE COALITION FOR FAIR TRADE IN HARDWOOD PLYWOOD,<br><br>        Defendant – Intervenor. | Court No. 25-00119<br>Court No. 25-00122 |

## STIPULATION OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action and those actions listed on the attached schedule hereby dismisses this action and those listed on the attached schedule.

Dated: September 8, 2025

/s/ Jeffrey S. Grimson
Attorney for Plaintiff

Mowry & Grimson, PLLC
5335 Wisconsin Ave, NW, Suite 810
Street Address

Washington, DC 20015
City, State and Zip Code

202-688-3610; jsg@mowrygrimson.com
Phone Number and email

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/Tara K. Hogan
TARA K. HOGAN
Assistant Director

/s/Sosun Bae
SOSUN BAE
Senior Trial Counsel
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
(202) 305-7568
(202) 514-8624 (fax)
sosun.bae@usdoj.gov
*Attorneys for Defendant United States*


/s/ Timothy C. Brightbill
Timothy C. Brightbill, Esq.
Stephanie M. Bell, Esq.
John Allen Riggins, Esq.

WILEY REIN LLP
2050 M Street, NW
Washington, DC 20036
(202) 719-7000
*Counsel to the Coalition for Fair Trade in Hardwood Plywood*

Schedule to Stipulation of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
| **Court No. 25-00119** | Rugby Holdings, LLC |
| **Court No. 25-00122** | Rugby Holdings, LLC |

Order of Dismissal

    This action and those listed on the schedule set forth above, having been voluntarily stipulated for dismissal by all parties having appeared in the action, are dismissed.

Dated: _____

                                    Clerk, U. S. Court of International Trade

                                    By: _____
                                                Deputy Clerk

(As added Dec. 18, 2001, eff. Apr. 1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)